```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
               CASE NO. 11-14049-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

DIMAS DOMINGO CANALES,

        Defendant.
_____/

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 13, 2011. A Report and Recommendation filed on September 15, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Count in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of November, 2011.

        _/s/ Donald L. Graham_
        DONALD L. GRAHAM
        UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Carmen Lineberger,  AUSA
        Panayotta Augustin-Birch, AFPD
```